UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONYANGO MERCELINE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LT. BROOKS, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-1330-MMM(PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Dismissing Action for Failure to Prosecute,

　　JUDGMENT IS HEREBY entered in favor of Defendants and against Plaintiff and the action is dismissed without prejudice.

　　DATED: May 22, 2014

　　　　　　　　　　　　　　　　　　　_/s/ Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\CV 12-01330-J.wpd